```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 551-2724
```

FILED

APR - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:06 - CR - 0155 DFL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DIBEE,<br>REBECCA RUBIN,<br>DARREN THURSTON, and<br>JUSTIN SOLONDZ,<br><br>　　　　Defendants. | CR. NO. S-<br><br>VIOLATIONS: 18 U.S.C. § 844(n) - Conspiracy to Commit Arson; 18 U.S.C. §§ 844(f)(1) and (2) - Arson of a Government Building; 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and in Relation to a Crime of Violence |

### I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 844(n) - Conspiracy to Commit Arson]

　　The Grand Jury charges: T H A T

　　　　　JOSEPH DIBEE,
　　　　　REBECCA RUBIN,
　　　　DARREN THURSTON, and
　　　　　JUSTIN SOLONDZ,

defendants herein, between on or about September 1, 2001, to and including on or about October 15, 2001, in the County of Lassen, State and Eastern District of California, did knowingly and intentionally agree, combine and conspire with each other, and with others both known and unknown to the Grand Jury, to

1

1 | maliciously damage and destroy by means of fire and explosives,
2 | buildings and other real and personal property owned in whole or
3 | in part by the United States and a department and agency thereof,
4 | to wit: the Department of the Interior, Bureau of Land
5 | Management, namely, the Litchfield Wild Horse and Burro Corrals
6 | located at Susanville, California, in violation of Title 18,
7 | United States Code, Sections 844(f) and (n).

8 | COUNT TWO:   [18 U.S.C. §§ 844(f)(1) and (2) - Arson of a Government Building]

10 | The Grand Jury further charges:   T H A T

11 | JOSEPH DIBEE,
   | REBECCA RUBIN,
12 | DARREN THURSTON, and
   | JUSTIN SOLONDZ,

14 | defendants herein, on or about October 15, 2001, in Lassen
15 | County, State and Eastern District of California, did maliciously
16 | damage and destroy by means of fire, a building and other real
17 | and personal property which was owned in whole or in part by the
18 | United States and a department and agency thereof, to wit: the
19 | Department of the Interior, Bureau of Land Management, namely,
20 | the Litchfield Wild Horse and Burro Corrals located at
21 | Susanville, California, in violation of Title 18, United States
22 | Code Sections 844(f)(1) and (2).
23 | ////
24 | ////
25 | ////
26 | ////
27 | ////
28 | ////

1  COUNT THREE:   [18 U.S.C. § 924(c)(1) - Use and Carrying of a
                  Destructive Device During and in Relation to a
2                 Crime of Violence]

3      The Grand Jury further charges:   T H A T

4              JOSEPH DIBEE,
               REBECCA RUBIN,
5           DARREN THURSTON, and
               JUSTIN SOLONDZ,
6

7  defendants herein, and others both known and unknown to the Grand
8  Jury, on or about October 15, 2001, in Lassen County, State and
9  Eastern District of California, during and in relation to a crime
10 of violence for which they may be prosecuted in a court of the
11 United States, to wit: the arson of a government building and
12 real and personal property, as charged in Count Two of this
13 Indictment, did knowingly and unlawfully use and carry one or
14 more destructive devices, that is, one or more incendiary bombs,
15 in violation of Title 18, United States Code Sections 924(c)(1)
16 and 2.

                                    A TRUE BILL.

                                    /s/ Signature on file w/AUSA
                                    FOREPERSON

/s/ McGregor W. Scott
McGREGOR W. SCOTT
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JOSEPH DIBEE,
REBECCA RUBIN,
DARREN THURSTON, and
JUSTIN SOLONDZ

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 844(n) - Conspiracy to Commit Arson; 18 U.S.C. §§ 844(f)(1) and (2) - Arson of a Government Building; 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and in Relation to a Crime of Violence

A true bill,

/S/

_____
Foreman.

Filed in open court this ____6th____ day

of ____April____, A.D. 20_06__

_____C. Trennen_____
Clerk.

Bail, $ _Bench Warrants - Bail to be determined at Hearing as to all Defendants._

GPO 863 525

2:06 - CR - 0155 OR

## PENALTY SLIP
## JOSEPH DIBEE

**VIOLATION:** 18 U.S.C. § 844(n) - Conspiracy to Commit Arson

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 844(f)(1) and (2) - Arson of a Government Building

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years ; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and In Relation to a Crime of Violence

**PENALTY:** Not more than $250,000 fine;
Mandatory consecutive 30 years imprisonment; and
Not more than 5 years of supervised release

**PENALTY ASSESSMENT:** $100.00 special assessment per count

## PENALTY SLIP
## REBECCA RUBIN

| | |
|---|---|
| **VIOLATION:** | 18 U.S.C. § 844(n) - Conspiracy to Commit Arson |
| **PENALTY:** | Not more than $250,000 fine;<br>Not more than 20 years imprisonment, mandatory minimum 5 years; and<br>Not more than 3 years of supervised release |
| **VIOLATION:** | 18 U.S.C. § 844(f)(1) and (2) - Arson of a Government Building |
| **PENALTY:** | Not more than $250,000 fine;<br>Not more than 20 years imprisonment, mandatory minimum 5 years ; and<br>Not more than 3 years of supervised release |
| **VIOLATION:** | 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and in Relation to a Crime of Violence |
| **PENALTY:** | Not more than $250,000 fine;<br>Mandatory consecutive 30 years imprisonment; and<br>Not more than 5 years of supervised release |
| **PENALTY ASSESSMENT:** | $100.00 special assessment per count |

2:06 - CR - 0155 DFL

## PENALTY SLIP
## DARREN THURSTON

**VIOLATION:** 18 U.S.C. § 844(n) - Conspiracy to Commit Arson

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 844(f)(1) and (2) - Arson of a Government Building

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years ; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and in Relation to a Crime of Violence

**PENALTY:** Not more than $250,000 fine;
Mandatory consecutive 30 years imprisonment; and
Not more than 5 years of supervised release

**PENALTY ASSESSMENT:** $100.00 special assessment per count

## PENALTY SLIP
## JUSTIN SOLONDZ

**VIOLATION:** 18 U.S.C. § 844(n) - Conspiracy to Commit Arson

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 844(f)(1) and (2) - Arson of a Government Building

**PENALTY:** Not more than $250,000 fine;
Not more than 20 years imprisonment, mandatory minimum 5 years ; and
Not more than 3 years of supervised release

**VIOLATION:** 18 U.S.C. § 924(c)(1) - Use and Carrying of a Destructive Device During and in Relation to a Crime of Violence

**PENALTY:** Not more than $250,000 fine;
Mandatory consecutive 30 years imprisonment; and
Not more than 5 years of supervised release

**PENALTY ASSESSMENT:** $100.00 special assessment per count