IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:06-cr-0155 KJM |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| JOSEPH DIBEE ) | |
| Defendant. ) | |

The above named Defendant is seeking appointed counsel. An attorney in Oregon state, J. Matthew Schindler (Oregon bar #964190), is familiar with this client and on the CJA panel in Oregon. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Matthew A. Schindler be specially appointed to represent the above defendant in this case effective *nunc pro tunc* to March 1, 2021. Mr. Schindler is not admitted to our court, so it is also ordered that Timothy Warriner be appointed as local counsel for this Pro Hac Vice.

This appointment shall remain in effect until further order of this court.

DATED: March 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

-1-