# SPECIAL CONDITIONS OF RELEASE

Re: Joseph Dibee
No.: 2:06-CR-155-KJM-1
Date:May 5, 2021

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You must report, by telephone, to the Pretrial Services Agency following today's court appearance;

3.  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4.  You must cooperate in the collection of a DNA sample;

5.  You must restrict your travel to the Eastern District of California (for court purposes only); Seattle, Washington; travel between Seattle, WA and Portland, OR (attorney and court matters only), unless otherwise approved in advance by the pretrial services officer;

6.  You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8.  You must participate in the following location monitoring program component (**GPS**) and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

9.  **CURFEW:** You must remain inside your residence every day as directed by Pretrial Services or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

10. You must participate in a computer restriction and monitoring program as directed by the pretrial services officer. You must allow the pretrial services officer to install monitoring software on any computers to which you have access, as approved by the Court, and you must not remove, tamper with, or in any way circumvent the software (**IPPC**);

11. Per the request of the Court, the District of Oregon will maintain supervision of this case; and

12. Upon release, the defendant shall contact the Western District of Washington and shall appear for all scheduled court dates on the following case: 2:05-CR-5828-RBL.